## CLEGHORN vs. JOHNSON et al.

If there is no evidence to support a verdict, a new trial should be granted; but if there be some slight evidence to support the verdict, then the grant or refusal of a new trial, on the ground that the verdict is strongly and decidedly against the weight of the evidence, is left to the sound discretion of the presiding judge. Code, §3717.

(a.) There was some evidence on which to base a verdict in this case, and the court did not abuse his discretion in refusing a new trial. Judgment affirmed.

February 19, 1884.

BLANDFORD, Justice.

## ENGLISH vs. BATTON et al., road commissioners.

It is the duty of an overseer of roads to obey the instructions of the commissioners of roads of the county; and where they have decided upon the existence of an emergency, and have instructed the overseer to work with the road hands the abutments of certain bridges, and upon his failing to do so, or improperly doing so, a fine has been imposed, this court will not interfere, except in a strong case of abuse of discretion. Code, §§601, 602, 617. Judgment affirmed.

March 4, 1884.

JACKSON, Chief Justice.